IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

  v.

JAMES KERN,

    Defendant.
                                    /

No. C 09-01076 CW

ORDER ADMINISTRATIVELY CLOSING CASE

    Plaintiff having filed a Notice of Bankruptcy Filing with the Court on December 24, 2009, stating that Defendant James Kern had filed a petition pursuant to Chapter 7 of the Bankruptcy Code on December 9, 2009, and an automatic stay being in effect,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a dismissal or disposition of this action.  Plaintiff's Motion for Default Judgment is denied without prejudice.  Should the automatic stay be lifted, Plaintiff shall renotice the motion for default judgment with this Court, and the Court will rule on Magistrate

1  Judge James Larson's Report and Recommendation Re Motion for
2  Default Judgment.
3  Dated:   12/31/09

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

7  cc:   JL